**HANNI M. FAKHOURY**
California Bar No. 252629
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br><br>        Plaintiff,          )<br><br>v.                         )<br><br>ADRIAN GARCIA-ALCANTAR,    )<br><br>        Defendant.          )<br>_____  ) | Case No.  08MJ2104<br><br><br>**NOTICE OF ATTORNEY APPEARANCE** |

        Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni

M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

the above-captioned case.

                                        Respectfully submitted,


Dated: July 17, 2008                    /s/ Hanni M. Fakhoury_____
                                        HANNI M. FAKHOURY
                                        Federal Defenders of San Diego, Inc.
                                        e-mail: Hanni_Fakhoury@fd.org
                                        Attorneys for Defendant

1

## CERTIFICATE OF SERVICE

2

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3   information and belief, and that a copy of the foregoing document has been served this day upon:

4   **U S Attorney CR**
    U S Attorneys Office Southern District of California
5   Email: Efile.dkt.gc2@usdoj.gov

6

7

8   DATED: July 17, 2008                    /s/ Hanni M. Fakhoury
                                            HANNI M. FAKHOURY
9                                           e-mail: Hanni_Fakhoury@fd.org

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28