FILED

08 JUL 23 PM 3:43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

08 CR 2426 WQH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAUL GARCIA-ALCANTAR (1),<br>ADRIAN GARCIA-ALCANTAR (2),<br><br>Defendants. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., 371 -<br>Conspiracy; Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) -<br>Conspiracy to Bring in Illegal<br>Aliens for Financial Gain;<br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) - Bringing<br>in Illegal Aliens for Financial<br>Gain; Title 18, U.S.C., Sec. 2 -<br>Aiding and Abetting |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including July 10, 2008, within the Southern District of California, and elsewhere, defendants SAUL GARCIA-ALCANTAR and ADRIAN GARCIA-ALCANTAR, with the intent to violate the immigration laws of the United States, did knowingly and intentionally conspire together and with each other and with other persons unknown to the grand jury, to bring illegal aliens into the United States for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

CEK:nlv:San Diego
7/22/08

OVERT ACTS

In furtherance of said conspiracy and to accomplish the objects thereof, the following overt acts, among others, were committed by the conspirators within the Southern District of California:

1.  On or about July 10, 2008 at the San Ysidro Port of Entry, SAUL GARCIA-ALCANTAR drove a 1995 black Mitsubishi Eclipse, bearing California license plate 3LDB177 with a coconut visible in the center console, and Nancy Alvarez-Acha, a native and citizen of the Republic of Mexico, concealed in a non-factory dashboard compartment.

2.  On or about July 10, 2008 at the San Ysidro Port of Entry, ADRIAN GARCIA-ALCANTAR drove a 1996 green Mitsubishi Eclipse, bearing California license plate 3SHZ547 with a coconut visible in the center console, and Silvia Margarita Hernandez-Lucho , a native and citizen of the Republic of Mexico, concealed in  a non-factory dashboard compartment.

All in violation of Title 18, United States Code, Section 371.

## Count 2

On or about July 10, 2008, within the Southern District of California, defendants SAUL GARCIA-ALCANTAR and ADRIAN GARCIA-ALCANTAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Nancy Alvarez-Acha, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

1

<u>Count 3</u>

2      On or about July 10, 2008, within the Southern District of

3  California, defendants SAUL GARCIA-ALCANTAR and ADRIAN GARCIA-

4  ALCANTAR, with the intent to violate the immigration laws of the

5  United States, knowing and in reckless disregard of the fact that an

6  alien, namely, Margarita Hernandez-Lucho, had not received prior

7  official authorization to come to, enter and reside in the United

8  States, did bring to the United States said alien for the purpose of

9  commercial advantage and private financial gain; in violation of

10 Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18,

11 United States Code, Section 2.

12      DATED: July 23, 2008.

13                                              A TRUE BILL:

14

15                                              _____
                                                Foreperson
16

17 KAREN P. HEWITT
   United States Attorney
18

19 By: _____
       CHARLOTTE E. KAISER
20     Assistant U.S. Attorney

21

22

23

24

25

26

27

28