ORIGINAL

AUG 2 6 2008

1

2

3

4

5    UNITED STATES DISTRICT COURT

6    SOUTHERN DISTRICT OF CALIFORNIA

7    UNITED STATES OF AMERICA,          )   Criminal Case No. 08CR2426-WQH
                                        )
8                     Plaintiff,        )   S U P E R S E D I N G
                                        )   I N F O R M A T I O N
9         v.                            )
                                        )   Title 8, U.S.C.,
10   SAUL GARCIA-ALCANTAR (1),          )   Sec. 1324(a)(2)(B)(iii) - Bringing
     ADRIAN GARCIA-ALCANTAR (2),        )   in Illegal Aliens Without
11                                      )   Presentation; Title 18, U.S.C.;
                      Defendants.       )   Sec. 2 - Aiding and Abetting
12   _____   )

13       The United States Attorney charges:

14                          Count 1

15       On or about July 10, 2008, within the Southern District of

16   California, defendant SAUL GARCIA-ALCANTAR, with the intent to violate

17   the immigration laws of the United States, knowing and in reckless

18   disregard of the fact that an alien, namely, Nancy Alvarez-Acha, had

19   not received prior official authorization to come to, enter and reside

20   in the United States, did bring to the United States said alien and

21   upon arrival did not bring and present said alien immediately to an

22   appropriate immigration officer at a designated port of entry; in

23   violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii)

24   and Title 18, United States Code, Section 2.

25                          Count 2

26       On or about July 10, 2008, within the Southern District of

27   California, defendant ADRIAN GARCIA-ALCANTAR, with the intent to

28

WAH:San Diego
8/25/08

1  violate the immigration laws of the United States, knowing and in
2  reckless disregard of the fact that an alien, namely, Silvia Margarita
3  Hernandez-Lucho, had not received prior official authorization to come
4  to, enter and reside in the United States, did bring to the United
5  States said alien and upon arrival did not bring and present said
6  alien immediately to an appropriate immigration officer at a
7  designated port of entry; in violation of Title 8, United States Code,
8  Section 1324(a)(2)(B)(iii) and Title 18, United States Code,
9  Section 2.

10
11        DATED: August 26, 2008.

12                                   KAREN P. HEWITT
                                     United States Attorney
13
14
                                     WILLIAM A. HALL, JR.
15                                   Assistant U.S. Attorney

16
17
18
19
20
21
22
23
24
25
26
27
28