O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

FILED

AUG 2 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

ADRIAN GARCIA-ALCANTAR (2)

### WAIVER OF INDICTMENT

CASE NUMBER: 08CR2426-WQH

I, Adrian Garcia-Alcantar _____, the above named defendant, who is accused of

Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C.; Sec. 2 - Aiding and Abetting

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _____8/26/08_____ prosecution by indictment and consent that the pro-
                  Date

ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
              Judicial Officer